FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 SEP 13 AM 8:03

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTINA CARTER, | ) | Case No. 8:07cv00235 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| ALLIED INSURANCE, a NATIONWIDE | ) | UNITED STATES |
| COMPANY, | ) | MAGISTRATE JUDGE |
| | ) | AND ORDER OF |
| Defendant. | ) | REFERENCE |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636 (c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| s/Susan K. Sapp | For Allied Insurance | 9/11/07 |
| s/Jerome Okolo | For Kristina Carter | 9/11/07 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636 (c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

9/12/07
Date

United States District Judge