IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KRISTINA CARTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV235** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ALLIED INSURANCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Plaintiff's Motion For Leave Of Court To File Her First Amended Complaint (Filing No. 15). The plaintiff also filed Plaintiff's First Amended Complaint (Filing No. 16). The defendant did not file an objection to the motion. The plaintiff's motion was filed prior to the deadline for filing such motions, which was October 10, 2007. **See** Filing No. 11. The plaintiff seeks to add the charge the defendant discriminated against the plaintiff by terminating the plaintiff's employment because the defendant regarded the plaintiff as disabled. Upon consideration,

**IT IS ORDERED:**

1. The Plaintiff's Motion For Leave Of Court To File Her First Amended Complaint (Filing No. 15) is granted.

2. The plaintiff shall have to on or before **November 1, 2007**, to file the amended complaint.

DATED this 23nd day of October, 2007.

BY THE COURT:

s/ Thomas Thalken
United States Magistrate Judge